1

2

3

4

5

6

7

8                     **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARK LUGINO MEGLIORINO,              Case No. CV 14-6945 SS

12                  Plaintiff,

13        v.                             **JUDGMENT**

14  CAROLYN W. COLVIN, Acting
    Commissioner of the Social
15  Security Administration,

16                  Defendant.

17

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is

21  AFFIRMED and that the above-captioned action is dismissed with

22  prejudice.

23

24  DATED:  July 8, 2015

25                                  _____
                                              /S/
26                                  SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE

27

28